INDYMAC FEDERAL BANK, F.S.B., APPELLEE, *v.* OTM INVESTMENTS, INC. ET AL.; ANTHONY, EXR., APPELLANT.

[Cite as *IndyMac Fed. Bank, F.S.B. v. OTM Invests., Inc.*, 134 Ohio St.3d 358, 2012-Ohio-5496.]

(No. 2011–1581—Submitted December 4, 2012—Decided December 5, 2012.)

---

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald*, 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

---

The Law Offices of John D. Clunk, Jason A. Whitacre, Laura C. Infante, and Christopher M. Kovach, for appellee.

Robert D. Anthony, pro se.